NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THEODORE D'APUZZO, P.A.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES OF AMERICA,**
*Defendant-Appellee*

---

2019-2311

---

Appeal from the United States District Court for the Southern District of Florida in No. 0:16-cv-62769-RNS, Judge Robert N. Scola, Jr.

---

**JUDGMENT**

---

DOUG GIULIANO, Giuliano Law, P.A., Orlando, FL, argued for plaintiff-appellant.

ALISA BETH KLEIN, Appellate Staff, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by JOSHUA MARC SALZMAN, JOSEPH H. HUNT.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, O'MALLEY, and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>June 15, 2020</u> | <u>/s/ Peter R. Marksteiner</u> |
| Date | Peter R. Marksteiner |
| | Clerk of Court |